o

4

(C)                PL'S PETITION FOR CLAIMS


MCAFEE AND TAFT DNA GENETIC
FINGER PRINTS - FOOT PRINT' (S)
[ MADE ] FEDERAL FRAUD RICO
SELF INCRIMINATION ENTRYS
: " WHO HAS NOT BEEN [ SERVED ] "
FR: 6 - 15 - 2012 AM UNLAWFULLY
          USED JUSTICE JUDICIAL
COMPUTER' (S)  CLEARLY SEEN
BEATING JUSTICE ON FEDERAL DOCKET
ABUSING JUSTICE
SLAPING JUSTICE OFF THE BENCH,
HURTING HARMING INJURYING
JUSTICE JUDICIAL COMPUTER' (S)
WITH DNA GENETIC FINGER
PRINT' (S) EVIDENCE STUCK
ON JUSTICE JUDICIAL COMPUTERS
CRIME SCENE' (S), IN WEST DIST OKLA.


        PL'S PETITION FOR CLAIM' (S)
          DEMAND ALL DAMAGES
IN FULL " FOR CAUSE " LINE NO. #3 - #4
MCAFEE AND TAFT ILLEGAL
RICO LAW FIRM' (S) DNA FINGER PRINT
SIGNATURE' (S) SINCE FR: 6-15-2012 IS
ABOVE THE LAW ALLEGEDLY AT 8:30 AM
IS A UNREFUTABLE, UNDISPUTABLE
KNOWING - WILLFUL & FACTUAL -
INTENTIONAL - OMISSION -
ADMISSPON - CONFESSION - TRUE
AND VALID BLANK OVERSIGHT

REPORT DELETED AND LEFT OUT,
CUT OUT DELIBERATELY BY
WESTERN DISTRICT OKLAHOMA
PRESIDING CHIEF JUDGE DNA FINGER
PRINT CORRUPT SIGNATURE
    CLEARLY SEEN AND SHOWN
ON WESTERN DISTRICT OKLAHOMA
ORIGINAL FEDERAL DOCKET
CASE # CIV-12-678 R
ON LINE # 5 [ SERVED ] BY RICO LAW FIRM,
[ MADE ] FEDERAL FRAUD ENTRYS "CHIEF"
MON 6-18-2012 ON BEHALF OF ALL DEF'S
ABOVE THE LAW "FAVORING" DEF'S SAT 6-23-12
RUINED EVERY IMPARTIAL
JUSTICE REPUTATIONS, (IN THIS NATION).

THE POWER OF THE UNITED STATES
FEDERAL DOCKET ORIGINAL CASE #
CIV-12-678 R SHOW CIVIL LIBERTYS
WEIGHED DOWN ON # 1 & 2 AND
ON # 3 & 4 CLEARLY SHOW 97.8 Billion DEF's &
MCAFEE AND TAFT ILLEGAL RICO
LAW FIRM'(S) PROFESSIONAL
CORPORATION BASE AND COMMAND
CENTER DNA GENETIC FINGER
PRINT SIGNATURE'(S) ABOVE THE
LAW : " WHO HAS NOT BEEN [ SERVED ] "
FRI 6-15-2012 8:30 AM OVERNIGHT
AT 1ST LIGHT [ MADE ] FEDERAL
FRAUD HATE CRIME JIM CROW
RACIST DISCRIMINATING ENTRYS
ON BEHALF OF

1. ALL PRO SPORTS AND
ENTERTAINERS
ASSOCIATIONS, DEF'S

RICO LAW FIRM'(S) DNA FINGER PRINTS &
SIGNATURE'(S) [ MADE ] UNAUTHORIZE
ENTRYS ON JUSTICE JUDICIAL
COMPUTER ON BEHALF OF

2. WORLDWIDE GLOBAL
DOMESTIC AND FOREIGN
COUNTRY GROUPS OF LAW FIRM'(S)
PARTNERSHIPS PROFESSIONAL
ORGANIZATIONS, CORPORATION'(S),

3. FRIENDS WHO KNOW ONE
ANOTHER WITH - ILLEGAL RICO
BUSINESSESS ; SPONCERS AND
3RD PARTIES,

FRI° 6-15- 2012 ALLEGEDLY AT
8:30 AM OVERNIGHT AT
1ST LIGHT ILLEGAL RICO
LAW FIRM'(S) SIGNATURE'(S)
ABOVE THE LAW CASE# CIV-12-678 R
: " WHO HAS NOT BEEN [ SERVED ]"
UNLAWFULLY USED FINGER PRINTS ON
JUSTICE JUDICIAL COMPUTER'(S)
ON BEHALF OF

All WORLDWIDE GLOBAL DOMESTIC
AND FOREIGN COUNTRY

4. SENIOR AGENTS,
   SENIOR OFFICERS,
   CEO's - DIRECTORS -
   PRESIDENTS - VICE PRESIDENTS,
   GENERAL MANAGERS, MANAGER'S -
   ASSISTANT MANAGERS,
   EMPLOYEES,
   ADMINISTRATIVE ASSISTANTS,
   & JANITORS, WORLDWIDE GLOBAL
     GROUPS OF PARTNERSHIPS,
     FRIENDS WHO KNOW ONE
     ANOTHER,
     WILLFULLY PIERCING THE
     CORPORATE VEIL.

     ON ILLEGAL RICO LAW FIRM'(S)
     FACE.

     IN YOUR FACE.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF OKLAHOMA

ENO: FOOT PRINTS

CHARLEY A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86 TH ST  101
OKLAHOMA, OK
73114
CELL # (405) 436-9437

(C)  PL's PETITION FOR CLAIMS
       IS SET WITH FACTS DNA FINGER PRINT OF
MCAFEE AND TAFT LAW FIRM
PROFESSIONAL CORPORATION CLEARLY SHOW & VIEW
ILLEGAL RICO BASE AND COMMAND
CENTER CENTRAL OPPERATIONS "FINGER"-
"PRINT"- ADMISSIONS - CONFESSIONS - DECISIONS,
: " WHO HAS NOT BEEN [ SERVED ] " RICO —
   [ SERVED ] THE ENTIRE U.S. FED & STATE GOVT
JUDICIAL SYSTEM AND ALL FED & STATE GOVT
MUNCIPAL ADMINISTRATIONS OF JUSTICE,
: "JUSTICE PRIVATE, SECRETE, SECURITY CODES
CONFIDENTIAL FILE ORIGINAL CASE CIV-12-678 R
FRI 6-15-2012 8:30 AM WITH ENTRYS."
ABOVE THE LAW...
         LET PL's EXPLAIN -


THUR 6-14-2012
4:30 PM   PL's [ MADE ] IT IN
                 ON TIME IN THE
           U.S. FED GOVT DEPTY COURT
           CLERK OFFILE WITH JUSTICE, AND-
             : "JUSTICE JUDICIAL SECURITY
           CAMERA SHOW JUSTICE ASSOCIATE
           LOCK AND SEAL THE COURTS OF
           JUSTICE DOORS," SHUT.
           NO ONE CAME IN AND
           NO ONE EXPT, (( ASK JUSTICE )),
   1.  : " JUSTICE IS THE COURTS OF
           JUSTICE DOORS LOCK & SEAL
           SHUT ? " [Y/N]  AT 4:30 PM ? [Y/N]

4:30 PM : "JUSTILE" HAS MCAFEE &
TAFT PROFESSIONAL LAW FIRM
ILLEGAL RICO GLOBAL GROUPS
OF PARTNERSHIPS [ MADE ]
ENTRYS ? " [Y/N] BEEN [ SERVED ] ? [Y/N]
: "ON BEHALF OF
ALL PRO SPORTS AND
ENTERTAINER'(S) DEF'S ? "
[Y/N] OR THE NBA-(PBC)LLC- ? [Y/N]

4:37 PM    WITH THE COURTS OF
JUSTILE DOORS LOCK AND
SEAL SHUT JUSTILE CHOSE
ORIGINAL CASE # CIV-12-678
FOR P'S INFORMA PAUPRIS
CIVIL COVER SHEET WITH-
SIX INTELLECTUAL PROPERTY (I.P.)
OKLAHOMA STATE ® TRADEMARKS
GOODS AND SERVICES
A. ® OKLAHOMA CITY THUNDER
B. ® GO THUNDER
C. ® LET'S GO THUNDER
D. © RISE TOGETHER AND-
E.    RISE TOGETHER (TRADE NAME)
F. ® THUNDER CAB    WITH - ONE
G. © COPYRIGHT
        CONTENT TITLE SONG
    "THE NBA'S OKLAHOMA CITY
    THUNDER, GO THUNDER " WITH-
    DAMAGES DEMANDED
    A ONE GOOGLE °/100

4:37 PM   JUSTICE WEIGHED DOWN
ORIGINAL CASE #CIV-12-678
ON IMPARTIAL SIDE SCALES
OF JUSTICE WITH-
JUSTICE & DEPUTY COURT CLERK-
PERSONAL INTEGRITY, DNA
CIVIL LIBERTYS SIGNATURE
WEIGHED DOWN WITH-
THE POWER OF THE U.S.
FEDERAL GOVERNMENT SECURITY
REDRESS SAFETYS AND EQUAL RIGHTS
PROTECTIONS IMPARTIAL DNA GENETIL
SIGNATURE'(S), ((ASK JUSTICE)),

2. : " JUSTICE, IS THE COURT
OF JUSTICE DOORS STILL
LOCK AND SEAL SHUT ? "
Y/N

: " JUSTICE,
IS JUSTICE ORIGINAL
CASE #CIV-12-678
WEIGHED DOWN ON
IMPARTIAL SIDE SCALES OF
JUSTICE ? "  Y/N  WITH-
PERSONAL INTEGRITY DNA
SIGNATURE'(S) POWER OF
: "THE ENTIRE UNITED STATES
FEDERAL GOVERNMENT" ARE
PERSONAL INTEGRITY DNA
SIGNATURE'(S) WEIGHED DOWN
ON BEHALF OF PL'S
SECURITYS ? "  Y/N  .

4:44 PM   WITH THE COURTS OF
JUSTICE DOORS STILL LOCK
AND SEAL SHUT,
IN THE U.S. DEPUTY COURT
CLERK OFFICE,
JUSTICE USED
JUSTICE JUDICIAL COMPUTER AND-
ENTERED
JUSTICE JUDICIAL SECURITY
CODES,
JUDICIAL PASS WORDS,
        PASS CODES,
        ACCESS CODES,
INTO JUSTICE JUDICIAL
        COMPUTER TO
RANDOMLY PICK AND CHOOSE
ONE IMPARTIAL JUDGE
FROM A WHOLE PANEL OF
ENBANC JUSTICE'(S)
TO IMPARTIALY READ AND
REVIEW JUSTICE ORIGINAL
CASE # CIV-12-678
IN 3-5 DAYS FOR
CONSTITUTIONAL DUE PROCESS
TO TAKE PLACE,
JUSTICE JUDICIAL COMPUTER
RANDOMLY PICK & CHOSE
THE FORMER CHIEF JUSTICE
FOR ORIGINAL CASE # CIV-12-678 R,
:"JUSTICE WEIGHED DOWN
CHOSEN JUSTICE IMPARTIAL
SIGNATURE"

4:44 PM      ON  IMPARTIAL SIDE
SCALES  OF  JUSTICE  WITH-
THE  POWER  OF  THE  ENTIRE  U.S.
FED  GOVT  PERSONAL
INTEGRITY  SIGNATURE'S  DNA
FINGER  PRINTS  WEIGHED  DOWN.
JUSTICE  ENTERED
JUSTICE  JUDICIAL  SECURITY
CODES,
JUDICIAL  PASS  WORDS
PASS  CODES
ACCESS  CODES  AND-
JUSTICE  UPLOAD  ORIGINAL
CASE # CIV- 12- 678 R
TO  JUSTICE  JUDICIAL
COMPUTER  IN  FORMER
CHIEF  JUSTICE  CIV- 12- 678 R
JUDICIAL  CHAMBER,
JUSTICE  CASE # CIV- 12- 678 R
WAS  LOCK  AND  SEAL  SHUT
ON  JUSTICE  JUDICIAL
COMPUTER  ACCESSIBLE
ONLY  WITH  JUSTICE  JUDICIAL
SECURITY  CODES,  PASS  WORDS
PASS  CODES,  ACCESS  CODES,
JUSTICE  PRIVATE,  SECRETE,
CONFIDENTIAL  FILE  WAS
MENT  FOR  JUSTICE  JUDICIAL
EYE'S  ONLY  FOR  LEGAL-
LAWFUL - CONSTITUTIONAL
DUE  PROCESS  TO  TAKE
PLACE  IN  3- 5  DAYS.

END: Is set with facts.

CHARLES A. Syrus JR:
CHARLES A. SYRUS JR:
1025 N.W. 86TH ST #101
OKIAHOMA, OK
73114
Cell # (405) 436-9437

(( ASK JUSTICE ))

:" JUSTICE,"
  IS THE COURTS OF JUSTICE DOORS
  STILL LOCKED AND SEALED SHUT
  AT 4:44 PM ON THUR 6-14-2012?"
  Y/N .

:" JUSTICE,"
  WAS JUDICIAL SECURITY CODES
       JUDICIAL PASS WORDS,
                  PASS CODES
                  ACCESS CODES
ENTERED INTO JUSTICE JUDICIAL
COMPUTER TO RANDOMLY PICK AND
CHOOSE ONE IMPARTIAL JUSTICE
FROM A WHOLE PANEL OF
ENBANC JUSTICE'(S) TO
IMPARTIALY READ AND REVIEW
CASE # CIV-12-678 IN 3-5 DAYS?"
Y/N ." JUSTICE" WAS RICO LAW FIRMS ENTERED? Y/N
        " JUSTICE" WAS PRECIDING JUDGE CHOSEN?" Y/N
:" JUSTICE,"
  DID JUSTICE JUDICIAL COMPUTER
  RANDOMLY PICK AND CHOSE
  FORMER CHIEF JUSTICE FOR
  ORIGINAL CASE # CIV-12-678 R
  TO IMPARTIALLY READ AND
  REVIEW IN 3-5 DAYS?"
  Y/N .
:" JUSTICE" WAS MCAFEE AND TAFT ILLEGAL
        RICO LAW FIRM CHOSEN?" Y/N .

: " JUSTICE,"
   DID JUSTICE ENTER
   JUSTICE JUDICIAL SECURITY CODES
   JUSTICE JUDICIAL PASS WORDS
                    PASS CODES
                    ACCESS CODES
   INTO JUSTICE JUDICIAL COMPUTER
   AND UPLOAD JUSTICE ORIGINAL
   CASE # CIV-12-678 R TO
   JUSTICE JUDICIAL COMPUTER IN
   FORMER CHIEF JUSTICE JUDICIAL
   CHAMBERS ? " Y/N ,

: " JUSTICE,"
   WAS ORIGINAL CASE # CIV-12-678 R
   LOCKED AND SEALED SHUT
   ON JUSTICE JUDICIAL COMPUTER
   IN FORMER CHIEF JUSTICE
   CHAMBERS ? " Y/N BETWEEN 4:44 pm & 4:50 pm Y/N

: " JUSTICE,"
   WAS ORIGINAL CASE # ACCESSIBLE
   ONLY WITH JUSTICE JUDICIAL
   SECURITY CODES ? " Y/N

: " JUSTICE,"
   WAS JUSTICE PRIVATE, SECRETE,
   CONFIDENTIAL FILE MENT FOR
   JUSTICE JUDICIAL EYES ONLY ? "
   Y/N .
: " JUSTICE," WAS MCAFEE AND TAFT
   LAW FIRM CORPORATION [ SERVED ] ? Y/N

∴ "JUSTICE",
   WAS MCAFEE AND TAFT
   LAW FIRM PROFESSIONAL
   CORPORATION OR PRECIDING CHIEF JUDGE
   LEGALLY- LAWFULLY- CONSTITUTIONALLY
   [ SERVED ] THUR 6-14-2012
   AT  5:30 PM  ?   [Y/N]
        6:30 PM  ?   [Y/N]
      12:30 AM  ?   [Y/N]
        4:30 AM      [Y/N]  12 HR LATER
        8:29 AM ?   [Y/N]  OVERNIGHT  AT
        8:30 AM ?   [Y/N]  1ST LIGHT

∴ "JUSTICE",
   WAS THE DEPUTY COURT CLERK
   OFFICE OPEN AT 8:30 AM
   ON FRI 6-15- 2012 ?"  [Y/N]
   :"WAS MCAFEE AND TAFT
   LAW FIRM [ SERVED ]"?  [Y/N]

∴ "WEST DIST OKLA ORIGINAL FEDERAL DOCKET
   JUSTICE CASE # CIV-12-678R THUR 6-14-2012
   4:30 PM WITH THE POWER OF THE ENTIRE U.S.
   FED GOVT PERSONAL INTEGRITY DNA GENETIC
   FINGER PRINT CIVIL LIBERTY SIGNATURE'(S) ON
   #1 AND #2   WITH #3 AND #4 ILLEGAL
   RICO PROFESSIONAL LAW FIRM(S) DNA GENETIC
   FINGE PRINT'(S) ON #3 AND #4 :" WHO HAS
   NOT BEEN [ SERVED ]" AND ON #5 IS DNA OF
   A CORRUT REPUTATION FINGER PRINT SIGNATURE
   OF A JUDGE, & ON #5½ THE POWER OF #1 & #2 SLAP
   DOWN TO 5½ OFF THE BENCH, & ON #6 NOT [SERVED],

END: ASK (( JUSTICE ))

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86TH ST #101
OKLAHOMA, OK
                73114
CELL# ( 405 )  436-9437

(c)   PL'S   PETITION  FOR  CLAIM(S)

LET ME EXPLAIN -

MCAFEE  AND  TAFT  LAW  FIRM
PROFESSIONAL  CORPORATION  ON
FRI  6-15-2012  ALLEGEDLY  AT
8:30 AM  [ MADE ]  ENTRYS
IN  THE  UNITED  STATES
DISTRICT  COURT  FOR  THE
WESTERN  DISTRICT  OF  OKLAHOMA
: " WHO  HAS  NOT  BEEN  [ SERVED ] "
OVERNIGHT  AT  1ST  LIGHT  WHOSE
DNA  GENETIC  FINGER  PRINTS  ABOVE  THE  LAW
ACCEPTED - RECEIVED - READ -
REVIEWED - JUSTICE  PRIVATE , U.S. FED GOVT
SECRETE , CONFIDENTIAL  FILE
ORIGINAL  CASE # CIV- 12-678 R
MCAFEE  AND  TAFT  LAW  FIRM
PROFESSIONAL  CORPORATION
REEXPLORED - REEVALUATED -
REEXIMED  JUSTICE  ORIGINAL
CASE # CIV- 12-678 R  AND
" CHOSE  TO  USE " HACK - STOLEN -
EMBEZZLED - ROB - BURGLARIZED -
JUDICIAL  TECHNOCALITY  LEAKS  &
THEFTS  BY  INITIATING  AND
ACTIVATING  ALL  WORLDWIDE - GLOBAL -
DOMESTIC  AND  FOREIGN  COUNTRY
97.8  Billion  EVIL  ILLEGAL  RICO
DEVILS - MEDUSA  - SNAKE  AND
SERPENT  REPTILES  NEST  OF  VIPERS

LAW FIRM'(S) PROFESSIONAL
CORPORATIONS WITH ILLEGAL RICO
BASE AND COMMAND CENTER HEAD OF
OPERATIONS IN WEST DIST OKLA AND AT
MCAFEE AND TAFT
LEADERSHIP SQUARE
211 N. ROBINSON 10TH FLOOR
OKLAHOMA, OK
73102
" (405) 235-9621
(NOT SURE IF LAW FIRM MOVED TO 8TH FLOOR)"
. (HEREINAFTER) ( RICO)

RICO IN HASTE FRI. 6-15-2012
8:30 $^{AM}$ RECEIVED JUSTICE
ORIGINAL CASE $^{#}$ CIV-12-678 R
AT RICO COMMAND CENTER
BEFORE THE JUDICIAL DAY
STARTED - BEGIN - BEGAN - OR
BEGUN, RICO IN HASTE
WITH RED EYES CHOSE TO
WALK DOWN A PUBLIC SIDEWALK
WITH JUSTICE ORIGINAL
CASE $^{#}$ CIV-12-678 R IN HAND
WITH DNA GENETIC FOOT PRINTS
KNOWINGLY- WILLFULLY-
INTENTIONALLY - STOOD ON THE
DOOR STEP OF WESTERN DISTRICT
OKLAHOMA WITH CRIMINAL INTENTS
TO HARASS PL'S , RICO REACHED
OUT & EXTENDED RICO ARMS &
HAND WITH DNA GENETIC

FINGER PRINTS ON THE FRONT
DOOR, RICO SILENT TRICKERY DNA
DECEPTIONS THREW GAS ON THE
AMERICAN FLAG, WITH DNA FINGER PRINTS
SILENTLY WITH TRICKERY'S RICO DNA
HELD DETONATORS AND FUSES WITH PRINTS
IN HAND LIKE TIMOTHY McVEIGH
AND TERRY NICHOLES, RICO DNA PRINTS
WITH MEDUSA SILENT TRICKERYS
HELD WEAPONS AND KNIVES FINGER PRINTS
IN HAND, RICO LAW FIRM CORPORATION DNA

1. PULLED ALL DARK DOORS OPEN WITH
   PARTIAL INJUSTICE CIVIL & CRIMANL INTENT
   TO - HARM- INJURE - HURT
2. JUSTICE JUDICIAL COMPUTERS, TO BLOCK-DELAY
3. JUSTICE, THE JUDICIAL SCALES OF
4. JUSTICE, GOD SWORN OATH & SIGNATURE,
5. THE GREAT STATE SEAL OF OKLAHOMA,
6. 911 EMERGENCY, AND PL'S.

RICO CRIMINAL INTENTS SILENTLY
THREW GAS ON THE FIRE TO
BURN THE AMERICAN FLAG,
RICO OPEN THE DOOR COCKED ALL
WEAPONS, READIED FUSES &
DETONATORS, WITH MULTIPLE KNIVES.

RICO TOOK 1ST STEP ON FOUNDATION
OF WEST DIST OKLA AND ALL SILENT
WEAPONS WENT OFF THROUGHOUT
THE ENTIRE JUDICIAL SYSTEM, WITH-
RICO FEDERAL FRAUD ENTRYS.

4
OF
7

RICO CRIMINAL INTENTS CONTINUED WITH-
A SLAP IN THE FACE TO 911 EMERG.
:" WHO HAS NOT BEEN [ SERVED ]"
    SHOWED U.S. MARSHALLS ILLEGAL
    RICO IDENTIFICATIONS? WITH-RICO
CRIMINAL INTENTS WALK THROUGH
THE MAGNATRON MEDAL DETECTOR,
THROUGH THE HALLS OF JUSTICE
AND RICO DNA GENETIC
FOOT PRINTS WALKED INTO
THE UNITED STATES FEDERAL
GOVERNMENT DEPUTY COURT CLERK
OFFICE, WITH JUSTICE ORIGINAL
CASE # CIV-12-678 R IN HAND,
AND WITH-
A SLAP IN THE FACE TO JUSTICE,
BY ALL GRAVE PROVOCATIVE DEATH
THREATS [ MADE ] RICO SIGNED IN
ON JUSTICE JUDICIAL COMPUTER'(S)
:" WHO HAS NOT BEEN [ SERVED ]"
AND- RICO LAW FIRM'(S) DNA FINGER
PRINTS-ILLEGALLY - UNLAWFULLY- TAMPERING-
WRONGFULLY WITH UNCONSTITUTIONAL INTENTS
BROKE FEDERAL GOVERNMENT LAW's
AND- STATE LAW's KNOWINGLY-
WILLFULLY- INTENTIONALLY - ON PURPOSE
TO INJURE THE POWER OF THE
ENTIRE UNITED STATES FEDERAL
AND STATE GOVERNMENTS, IN A
FEDERAL FRAUD WAY COMMITTING
WHITE COLLAR CRIMES THAT IS
CONTRARY & FORBIDDEN BY LAW.

MCAFEE AND TAFT LAW FIRM'(S)
PROFESSIONAL CORPORATIONS
: " WHO HAS NOT BEEN [ SERVED ] "
SIGNED IN     WITH DNA SIGNATURE'(S) ON
JUSTICE JUDICIAL COMPUTER; "THAT FACT
ALONE IS A UNREFUTABLE, UNDISPUTABLE,
ADMISSION - AND - CONFESSION RICO PRINTS
USED   JUSTICE JUDICIAL COMPUTER "
WITH MCAFEE AND TAFT LAW FIRM'(S)
RICO   DNA GENETIC FINGER
PRINTS & SIGNATURE'(S) ON #3 AND #4
ABOVE THE LAW  WITH- RICO's
WANTON - WANTING - WANTS
CONTINUED CRIMINAL INTENTS USED
JUSTICE JUDICIAL COMPUTER
: " WHO HAS NOT BEEN [ SERVED ] "
RICO LAW FIRM'(S) UNLAWFULLY
[ SERVED ] EVERY JUDGE IN
THIS NATION BOTH IMPARTIAL
AND PARTIAL, ESP WEST DIST OKLA
PRESIDING CHIEF JUDGE; "WAS [SERVED]"
JUSTICE PRIVATE, SECRETE,
CONFIDENTIAL ORIGINAL
CASE #CIV- 12- 678 R & WITH DNA PRINTS
RICO [ SERVED ] JUSTICE CRIME SCENES
THIS ENTIRE NATION      - RICO PRINTS
ILLEGALLY - UNLAWFULLY- ABUSING JUSTICE IN
PRESIDING CHIEF JUDGE CHAMBERS USING
ILLEGAL RICO BENCH AS RICO BASE & COMMAND
CENTER: " WHOSE DNA FINGER PRINTS ON
FEDERAL DOCKET SITING ON THE BENCH ABOVE
THE LAW #3-4 & #5-5½—#6 JUDGE BELOW THE LAW.

PL'S PETITION FOR CLAIM'(S)
    IS SET ON ILLEGAL RICO DNA &
LAW FIRM'(S) ENTRY DECISIONS
UNLAWFULLY USEING JUSTICE
JUDICIAL COMPUTER'(S) WITH FINGER PRINTS-
: " WHO HAS NOT BEEN [ SERVED ] "


NOT ONE OUT OF 97.8 Billion
LAW FIRM'(S) OR ILLEGAL RICO
ATTORNEYS ARE NOT STANDING
ON NO SIDE OF JUSTICE JUDICIAL
SCALES :" WHO HAS NOT BEEN [ SERVED ]".


RICO IS NOT STANDING ON THE
IMPARTIAL SIDE WITH THE
POWER OF THE ENTIRE UNITED
STATES FEDERAL GOVERNMENT OR
THE MUNICIPAL ADMINISTRATIONS
OF JUSTICE AND :" THE PARTIAL
SIDE TIP AND BENT IN THE AIR;
IS BLANK; RIGHT IN THE FACE
OF JUSTICE EYES", WITH COURT CLOSED
AT 4:30 AM THUR 6-14-2012.
(( ASK JUSTICE ))
:" JUSTICE,
    IS AT LEAST ONE RICO LAW FIRM
    STANDING OR SEEN ON THE PARTIAL
    SIDE JUDICIAL SCALES FOR ANY
    KIND OF JUDICIAL BALANCE ?"
    [Y N].
:" JUSTICE,
    HAS THE DEF's BEEN [ SERVED ] ?" [Y N]

PL'S PETITION FOR CLAIM'(S)
FILED IN WEST DIST OKLA. THIS
COURT OF FEDERAL CLAIMS IS
AUTHORIZED TO HEAR PL'S
PRIMARY MONEY CLAIMS FOR
DAMAGES FOUNDED UPON THE
CONSTITUTION WITH ALL SECURITYS
OF FEDERAL STATUTES EXECUTIVE
REGULATIONS WITH JUSTICE GOVT
JUDICIAL SECURITYS TO CREATE
PROSE LITIGANTS CONSTITUTIONAL
ENFORCEABLE RULE OF LAW
OBLIGATIONS TO BE IMPOSED AND
COMPLIED WITH PL'S RIGHTS TO
BE HEARD AGAINST RICO FEDERAL
FRAUD ENTRYS [MADE] WITH-
WHITE COLLAR CRIME'S AND TO
SHOW THIS COURT OF LAW HOW DNA
EXECUTIVE REGULATIONS OF RICO GROUPS
FEDERAL AND STATE CIVIL AND
CRIMINAL LAWS VIOLATED PL'S & JUSTICE
WITH CRIMINAL INTENTS UNLAWFULLY
MISAPPROPRIATING JUSTICE JUDICIAL
COMPUTER'(S) AND THE BENCH,
; WITNESS STAND; JURY BOX, AND
MULTIPLE JUDGES (MJ) CHAMBERS
DISHONESTLY- UNFAIRLY WITH-TAMPERING
WHITE COLLAR CRIME'(S) USING
JUSTICE JUDICIAL COMPUTER'(S) UNAUTHORIZE
TO EMBEZZLE - PL'S PROPERTYS
THAT BELONG TO PL'S FOR RICO DNA
LAW FIRM'S & ALL DEF'S OWN USE.

END: LET ME EXPLAIN —

CHARLEY A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86 ᵗʰ ST # 101
OKLAHOMA, OK
                73114
CELL # (405) 436-9437

(C) In VIOLATION of
GOD SO HELP YOU GOD AND JUSTICE
TRADITIONAL ADMINISTERED ADMISSIBLE
SWORN OATH,

MEAFEE AND TAFT
ILLEGAL RICO LAW FIRM'(S)
PROFESSIONAL CORPORATION'(S)
BASE AND COMMAND CENTER CENTRAL
PLACE OF OPERATIONS
LOCATION : 211 N. ROBINSON AVE,
          10 TH FLOOR LEADERSHIP SQUARE
          OKLAHOMA, OK
                    73102
          ( 405 ) 235- 9621

FRI 6-15-2012 ALLEGEDLY
AT 8:30 AM
OVERNIGHT AT 1 ST LIGHT
DNA GENETIC FINGER PRINT'(S)
USED JUSTICE JUDICIAL COMPUTER'(S)
:" WHO HAS NOT BEEN I SERVED I " RICO
I SERVED I EVERY JUSTICE AND
JUDGE IN THIS NATION
" JUSTICE ORIGINAL CASE CIV- 12- 678 R "
FILED THUR 6-14- 2012 4:30 PM " AND "
WITH THE COURTS OF JUSTICE DOORS
SEALED SHUT PROVES FRI 6-15- 2012 8:30 AM
MEAFEE AND TAFT I MADE I
FEDERAL FRAUD AND WHITE COLLAR CRIME
ENTRYS WITH A SLAP IN THE FACE

TO THE ENTIRE UNITED STATES
FEDERAL AND STATE GOVERNMENT

JUDICIAL SYSTEMS AND ALL
MUNICIPAL ADMINISTRATIONS OF JUSTICE
        JUDICIAL COMPUTER'(S)
IN A FEDERAL FRAUD AND
WHITE COLLAR CRIME WAY,

MCAFEE AND TAFT ILLEGAL RICO
LAW FIRM'(S)
PROFESSIONAL CORPORATION'(S)
BASE AND COMMAND CENTER'(S)
ON A GENETIC FOOT PRINTS AND
FINGER PRINT
SIGNATURE '(S)
ABOVE THE LAW
ILLEGALLY - UNLAWFULLY - WRONGFULLY -
UNCONSTITUTIONALLY,
CHOSE TO INITIATE AND ACTIVATE
ALL WORLDWIDE GLOBAL DOMESTIC AND
FOREIGN COUNTRY
1. ILLEGAL RICO LAW FIRM'(S)
GROUPS OF PARTNERSHIPS
FRIENDS WHO KNOW ONE ANOTHER
ON BEHALF OF ALL PRO SPORTS AND-
ENTERTAINERS      AND THROUGH -
2. THE NATIONAL BASKETBALL ASSOCIATION (NBA)
3. THE PROFESSIONAL BASKETBALL CLUB (PBC) LLC
4. THE NBA'S TEAM PLAYERS UNION

IN VIOLATION OF
ETERNAL CITED AUTHORITY
FEDERAL AND STATE CIVIL AND CRIMINAL
RULE BOOK LAW VIOLATION'( S )
IN THE LIBRARY OF CONGRESS.


MCAFEE AND TAFF ILLEGAL RICO
LAW FIRM'( S ) CONTINUED
ETERNAL VIOLATIONS,
ILLEGALLY- UNLAWFULLY- WRONGFULLY-
UNCONSTITUTIONALLY USING-
        JUSTICE JUDICIAL COMPUTER
IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF OKLAHOMA
ADDRESS - LOCATION - FOUNDATION -
200 N.W. 4ᵀᴴ STREET
OKLAHOMA, OK
            73102
MON 6-18-2012 ALLEGEDLY AT 8:30ᴬᴹ
WITH THE DOUBLE STANDARD DOMINANT
IMPACT OF PRESIDING CHIEF JUDGE DNA
CORRUPT ABUSIVE SIGNATURE BELOW THE LAW
CORRUPT   DOMINANT POSITION   CREATING THE
MOST POWERFUL INFLUENTIAL FEDERAL FRAUD
PRESIDING RULING GOVERNING CONTROL
GRANTING ILLEGAL RICO LAW FIRM'(s) DNA
SIGNATURE'(s) FINGER PRINT'(s)
ABOVE THE LAW SUPERIOR POWER & CONTROL
OVER ALL COMMAND OF WEST DIST OKLA PRESIDING
CHIEF JUDGE CORRUPT SIGNATURE RANK BELOW THE LAW
GRANTING RICO LAW FIRM'(s) BENCH TO TAKE OVER

WEST DIST OKLA PRESIDING CHIEF JUDGE
SUPREME AUTHORITATIVE CHAMBERS POWER
CLEARLY SEEN WITH A SLAP IN PRESIDING
CHIEF JUDGE FACE FRI 6-15-2012 8:30 AM
: " WHO HAS NOT BEEN [ SERVED ] "
AND RICO LAW FIRM'(S) SIGNATURE'(S)
ABOVE THE LAW IS SEEN AS A
PHYSICAL SLAP IN THE FACE INTERFERING
WITH AFFILIATED THREATS WITH-
PRESIDING CHIEF JUDGE SIGNATURE OF
CORRUPTION MON 6-18-2012 8:30 AM
RANK BELOW THE LAW,
            UNDER THE LAW,
            BENEATH THE LAW,
            UNDER THE BENCH,
WEST DIST OKLA PRESIDING CHIEF JUDGE
CORRUPT SIGNATURE IS A AGGRAVATING
HIGH SECURITY CONCERN RISK FOR PL'S
[ MADE ] AND COMMITTED
ON BEHALF OF ALL 97.8 BILLION
WORLDWIDE GLOBAL DOMESTIC AND
FOREIGN COUNTRY ILLEGAL RICO
LAW FIRM'(S) AND DFT'S FINGER PRINT
SIGNATURE'(S)
ABOVE THE LAW
ON JUSTICE JUDICIAL COMPUTER'(S)
WHOSE OPEN COURT ILL- WILL GOTTEN
GAINS GAINED SPECIAL TREATMENTS
WITH WEST DIST OKLA AND
(U.S. C.A. 10 TH CIR) COURT OF APPEALS
ART (2) COGNIZABLE GROSS
NEGLIGENT

JUDICIAL MISCONDUCTS, (JCD)
JUDICIAL DISABILITYS, (JCD).

WEST DIST OKLA PRESIDING CHIEF JUDGE
FEDERAL FRAUD ENTRYS SIGNATURE BELOW THE LAW
MON 6-18-2012  8:30 AM
CREATED A NEVER ENDING STORY OF
FEDERAL AND STATE GOVERNMENT
CIVIL AND CRIMINAL GRAVE HOSTILE
BLATANT PROVOCATIVE BAD BEHAVIOR
THREATS COMMITTING OFFENSE'(S)
OPENLY IN COURT WITH RICO LAW FIRM'(S).

WEST DIST OKLA PRESIDING CHIEF JUDGE
SLAPS IN THE FACE TO JUSTICE
SHOW NO CONCERN OR SHAMLESS
CONSEQUENCES BY GIVING UP
CHIEF JUDGE IMPARTIAL BLINDFOLD
REPUTATION TO ILLEGAL RICO LAW FIRM'(S)
SHOWING CREATIVE WANTON IMPACTS
AS A COCONSPIRATOR (FRIEND) WITH-
AN OVERNIGHT AT 1ST LIGHT ONE SIDE
CAPTION BIAS AND PREJUDICE FLAWED
ORAL ARGUMENT ON BEHALF OF
ALL DEF'S AND ILLEGAL RICO LAW FIRM(S)
WHOSE   PREDICTABLE
PARTIAL INJUSTICE ENTRYS WITH
PARTIAL INJUSTICE DELAYS  WITH
PARTIAL INJUSTICE DENYS
CAUSING PL'S CRISES CONSIDERING ALL THE
(F.R. CIV-P.) AND LCVR PROCEDURES

PL'S HAS TO GO THROUGH WITHOUT
    QUESTION, ALONE.

WEST DIST OKLA PRESIDING CHIEF JUDGE,
KNEW —
ILLEGAL RICO LAW FIRM'(S) FINGER PRINTS AND-
SIGNATURE'(S)   IS —
(ABOVE THE CHIEF JUDGE SIGNATURE WHOSE SEEN
BELOW THE LAW): "THAT UNDISPUTED FACT",
IS A SCIENTIFIC ADMISSION AND-
CONFESSION FROM BOTH PARTIES AND-
AS A TESTIMONIAL FACT ("THAT PROOF") ALONE —
WITH FEDERAL FRAUD AND —
WHITE COLLAR CRIME ENTRYS
ON JUSTICE JUDICIAL COMPUTER'(S) IS SEEN
FRI: 6-15-2012    8:30 AM   RICO SIGNATURE'(S)
MON 6-18-2012    8:30 AM   RICO JUDGE SIGNATURE
THUR 6-21-2012   8:30 AM   MAGI, JUDGE SIGNATURE
        GRANTING SPECIAL TREATMENT FAVORS,
BASED ON CHARACTER METHOD SIGNATURE'(S)
ILLEGAL RICO DNA GENETIC
FINGER PRINT AND FOOT PRINT
SIGNATURE'(S)   IS —
ABOVE THE LAW WITH EVERY JUSTICE
BELOW THE LAW IN THIS NATION,
THANKS TO WEST DIST OKLA
PRESIDING CHIEF JUDGE, DNA GENETIC
SIGNATURE AND DNA FINGER PRINT SEEN
BELOW THE LAW.

"ON JUSTICE JUDICIAL COMPUTER' (S) RICO
[ MADE ] ENTRYS " FRI° 6-15-2012  8:30 ᴬᴹ
FOR 10 1/2 YEARS: "WHO HAS NOT BEEN [ SERVED ]"

PRESIDING CHIEF JUDGE MON 6-18-2012 ENTRY WITH
CORRUPT SIGNATURE AND REPUTATIONS
BELOW THE LAW
IN HASTE GRANTED JUDGMENTS & "FAVORS"
FOR RICO LAW FIRM (S) WITH
COURT CLOSED TO PL'S, FEDERAL HATE CRIME SHOW
ILLEGAL RICO JUDGE' (S) DNA FINGER PRINTS USED
PREMEDITATED PRE PLANED PRACTICE PATTERN
[ MOOTS ].
WEST DIST OKLA
PRESIDING CHIEF JUDGE
USED - HACK - STOLEN - EMBEZZLED -
BURGLARIZED JUDICIAL TECHNOCALITY LEAKS
AS A COCONSPIRATOR ILLEGALLY - UNLAWFULLY
USED JUSTICE JUDICIAL COMPUTER
        ORIGINAL CASE "CIV-12-678 R
WITH CIVIL RIGHTS CONSPIRACY'S
USED JUSTICE JUDICIAL COMPUTER' (S)
PRIVATE SECRETE CONFIDENTIAL SECURITY CODES &
FILE ORBGINAL INFORMA PAUPRI'S
CIVIL COVER SHEET CASE "CIV-12-678 R
WITH 50% OKLAHOMA STATE
    ® TRADEMARKS
    : "ONE INCLUDES"
        1. OKLAHOMA CITY THUNDER
           GOODS AND SERVICES
           " THE NAME OF THE NBA BASKETBALL TEAM"

ONE © COPYRIGHT AND –
DAMAGES DEMANDED
$ ONE GOOGLE °⁰/100 .

IN VIOLATIONS
WEST DIST OF OKLAHOMA
PRESIDING CHIEF JUDGE DNA FINGER PRINT
OFFENSIVE VIOLATIONS INTENTIONALLY
[ MADE ] AGAINST THE POWER OF
THE ENTIRE UNITED STATES
FEDERAL GOVERNMENT JUDICIAL SYSTEM
MUNICIPAL ADMINISTRATIONS OF
JUSTICE, IMPARTIAL SWORN OATHS.

WEST DIST OKLA
PRESIDING CHIEF JUDGE
FRI° 6-15-2012 8:30 AM
HEIP MCAFEE AND TAFT
ILLEGAL RICO LAW FIRM'(S) FINGER PRINTS
SLAP THE POWER OF
THE ENTIRE UNITED STATES
FEDERAL AND STATE GOVERNMENT
CIVIL AND CRIMINAL
MUNICIPAL ADMINISTRATIONS OF
JUSTICE DOWN, TO #5½ ON FEDERAL DOCKET.

WEST DIST OKLA
PRESIDING CHIEF JUDGE DNA FINGER PRINT
DARK PARTIALITYS WITH RICO LAW FIRM
PUT PL'S LIFE AT RISK.

END: IN VIOLATION OF
GOD SWORN OATH -

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86 TH ST # 101
OKlAHOMA , OK
73114
CELL # ( 405) 436- 9437

PL'S PETITION FOR CLAIM'(S)
     DAMAGES DEMANDED

IN VIOLATION OF

(C)   JUSTICE HISTORY AND HISTORIC
      ECONOMIC PERSPECTIVES ON CULTURAL
      HERITAGES OF ALL JUSTICE'(S)
      WHO DIED PROTECTING JUSTICE AND
      JUSTICE CIVIL LIBERTY'S AUTHORITY
      SCHOLARLY ARTICLES THAT HAS BEEN
      AROUND SINCE THE BEGINING OF TIME,
      IN A GENERAL SENSE SECURITY CONCERN
      VIOLATIONS HAS DEVELOPED ABOVE
      REPROACH ABOVE THE LAW DESCRIBED
      WITH WESTERN DISTRICT OKLAHOMA ORIGINAL
      FEDERAL DOCKET WITH JUSTICE ORIGINAL
      CASE # CIV-12-678 R FILED THUR 6-14-2012
      4:30 PM AGAINST MCAFEE AND TAFT ILLEGAL
      RICO LAW FIRM FEDERAL FRAUD AND WHITE
      COLLAR CRIME ENTRYS THAT MAY ACCURE
      FRI 6-15-2012 OVERNIGHT AT 1ST LIGHT
      WITH RICO DNA GENETIC FINGER PRINTS
      AND SIGNATURE'(S) ON JUSTICE JUDICIAL
      COMPUTER'(S) & FEDERAL DOCKET LINE
      NUMBER #3 & #4 ABOVE THE LAW : "WHO
      HAS NOT BEEN [ SERVED]" ON BEHALF OF
      ALL DF'S DNA SIGNATURE'(S) ABOVE THE LAW
      WITH WEST DIST OKLA PRECIDING CHIEF JUDGE
      DNA GENETIC FINGER PRINT & SIGNATURE
      BELOW THE LAW MON 6-18-2012 GRANTING "FAVORS"
          ON BEHALF OF RICO, RISK PL'S LIFE.

PL'S PETITION FOR CLAIM'(S)
DAMAGES DEMANDED

(C) IN VIOLATION OF

EVERY JURISDICTION
RULE BOOK LAW
IN THE LIBRARY OF CONGRESS,

PRO SE LITIGANT PL'S
PROVOCATIVE ANGER AND MOUTH
CHOSE THE QUALITY OF BEING
PROVIDENT WITH SO HELP YOU GOD
CONCEIVED DEVINE GUIDANCE
SOURCE'(S) POWER'(S) WITH-
JUSTICE "GRANDMA GOD"
SUSTAINING COMFORT GUIDING
PRO SE LITIGANTS PL'S DESTINY
WITH GOD'S WILL,

SO HELP YOU GOD SAYS - - -

I AM, THAT I AM, WITH JUSTICE
WEIGHED DOWN WITH -
ALL THAT IS CONSTITUTIONALLY
JUST.

PL'S PETITION FOR CLAIM'(S)
DAMAGES DEMANDED

(c) IN VIOLATION OF

1937 ADOPTION
GENUINESS OF DOCUMENTS.

WESTERN DISTRICT OKLAHOMA ORIGINAL
FEDERAL DOCKET WITH JUSTICE ORIGINAL
CASE # CIV-12-678 R , LINE NUMBER
#3 IS McAFEE AND TAFT ILLEGAL RICO
LAW FIRM'S DNA GENETIC FINGER PRINTS
AND SIGNATURE'(S) ON JUSTICE JUDICIAL
COMPUTER'(S) ABOVE THE LAW FRI 6-15-
2012 8:30 AM : "WHO HAS NOT BEEN [SERVED]".
RICO LAW FIRM'(S) DNA GENETIC FINGER
PRINT IS RICO LAW FIRM & WEST DIST
OKLA PRECIDING CHIEF JUDGE ADMISSIONS
EXECUTING GENUINESS OF DOCUMENTS,
(UNDER THE JUDICATURE ACT PRACTICES
1937) O. 32 ; III. REV. STAT. (1937)
CH. 110, § 182 AND RULE 18 (III. REV.
STAT. (1937) CH. 110, § 259. 18) ;
2 MASS. GEN. LAWS (TER. ED., 1932)
CH. 231, § 69 ; MICH. COURT RULES
ANN. (SEARL, 1933) RULE 42 ;
N.J. COMP. STAT. (2 CUM. SUPP.
1911 - 1924) ; N.Y.C.P.A. (1937) § §
322, 323 ; WIS. STAT. (1935) §
327. 22. RICO LAW FIRM & CHIEF JUDGE
VIOLATED ON BEHALF OF ALL DEF'S FRAUDS".

PL'S  PETITION  FOR  CLAIM'(S)
DAMAGES  DEMANDED

IN  VIOLATION  OF

(C)  1946  AMENDMENT
TIME  LIMITATIONS  OF  RULE  6 (B)

"MCAFEE AND TAFT RICO LAW FIRM'(S)
DNA GENETIC FINGER PRINT'S AND
SIGNATURE'(S) ON JUSTICE JUDICIAL
COMPUTER'(S) FRI° - 6-15-2012 8:30 AM
: "WHO HAS NOT BEEN [ SERVED]" WITH
JUSTICE ORIGINAL CASE# CIV-12-678 R
ABUSED JUSTICE AND JUSTICE JUDICIAL
COMPUTER'(S) ON BEHALF OF ALL DEF'S
DNA FINGER PRINTS & SIGNATURE'(S)
SIGNED IN ABOVE THE LAW ON JUSTICE
JUDICIAL COMPUTER'(S) WITH WEST DIST
OKLA CHIEF JUDGE DNA GENETIC FINGER
PRINT AND SIGNATURE RANK BELOW THE
LAW ON BEHALF OF RICO LAW FIRM &
ALL DEF'S GRANTING " FAVORS "
                          VIOLATING THIS CITED
AUTHORITY WITH INEQUALITY OPERATION
PROCEEDURES VACATING JUDGMENTS EARLY
IN 5 DAYS "FOR CAUSE" TO DELAY TIME
UNDER RULE 6 (B) WITH NO CORRECTION
OF CHIEF JUDGE WHITE COLLAR CRIME'(S)
FRAUDULENT JUDGMENTS WITH NO EXPIRED
DATE OR LIMITATION OF TIME : "WHO HAS
NOT BEEN [ SERVED]" NO POWER OF RULE 6 (B)".

LAW

9TH AMENDMENT

THE FEDERAL GOVERNMENT
DOESN'T OWN THE RIGHTS
THAT ARE NOT LISTED
IN THE CONSTITUTION,

BUT INSTEAD,
THEY BELONG TO THE CITIZENS,

THE GOVERNMENT SHOULD NOT
LOWER A PRO SE LITIGANT (PL's) -
BY ANY INVIDIOUS COMPARISON,
BY DEGRADING, DEPRECIATION - OR
ANY DIRECT MEANS LOWER A
PRO SE LITIGANTS RIGHTS TO BE
HEARD AS LAW FIRM'S FRAUD ENTRYS SIGNATURE
ONE SIDE ORAL ARGUMENT [MADE]
FRI 6-15-2012 8:30 AM PROFF ON
WESTERN DISTRICT OF OKLAHOMA COMPUTER (S)
1. FEDERAL DOCKET CASE# CIV-12-678 R
2. FEDERAL DOCUMENT CASE# CIV-12-678 R
   PAGE # ONE & PAGE # TWO,
3. LAW FIRMS FRAUD ENTRYS OR SIGNATURES "WAS NOT
   [SERVED]", NO DUE PROCESS.

ALL DEF'S, MCAFEE AND TAFT - WITH
(MJ) MULTIPLE JUDGES, FEDERAL FRAUD
ENTRYS USING LEAKED CASE# CIV-12-678R
LEFT ART (81) INCAPACITATED
PRO SE LITIGANT'S TO SUFFER YEAR'S OF
CONSEQUENTIAL RISK CALLING 911 EMERG.

PL'S PETITION FOR CLAIM'(S)
DAMAGES DEMANDED

IN VIOLATION      OF

1. ALL FEDERAL AND STATE
   GOVERNMENT CIVIL AND CRIMINAL
        JURISDICTION   VIOLATING [ ALL ]
   CITED AUTHORITY RULE BOOK
   LAW IN THE LIBRARY OF
   CONGRESS,    IN VIOLATION OF:
2. ART (2) PUBLIC TRUST
3. JUDICIARY ACT OF 1789,
   2 15, 1 STAT. 73, 82.
   JUDICIARY ACT OF 1789 2 35:
4. 28 U.S.C. 2 1654 PUBLIC LAWS-
   CH. 646 - JUNE 25TH, 1948:
5. ART (2) 2 6
   OKLAHOMA CONSTITUTION
6. ART (2) 2 7
   OKLAHOMA CONSTITUTION
   DUE PROCESS LAW.
7. S O.S. 2 RULE 2.6 ;
   ENSURING THE RIGHT TO BE
   HEARD:
8. 2 1983;"CHIEF JUDGE AND
   MCAFEE AND TAFT LAW FIRM
   ACCESSIVE FORCEFUL ENTRYS
   WITH CORRUPTION FRI 6-15-2012 8:30AM
   WITH JUSTICE ORIGINAL CASE #
   CIV-12-678 R :" WHO HAS NOT BEEN
   [SERVED]" RICO LAW FIRM(S) USED LEAKS.

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF OKLAHOMA


CHARLES A. SYRUS JR:
PLAINTIFF     PL'S


          V.                    CASE NO.:

1). MCAFEE AND TAFT
     PROFESSIONAL LAW FIRM
     CORPORATION WITH RICO
     WORLD WIDE GLOBAL ATTORNEYS

2). (NBA) NATIONAL BASKETBALL
          ASSOCIATION

3). (NBA) (PBC)LLC
          PROFESSIONAL BASKETBALL CLUB
          GLOBAL GROUPS OF PARTNERSHIPS


4). (NBA) TEAM PLAYERS UNION
          GLOBAL GROUPS OF PARTNERS

          DEFENDANTS   DEF'S



•_____

          OATH


                          PG 1-6

## OATH

MULTIPLE JUDGES (HEREINAFTER)
(MJ)

KNOWINGLY- WILLFULLY WITH
CRIMINAL INTENT SIGNATURES
PIERCED THE CORPORATE VEIL
ON A FEDERAL LEVEL
AS A MATTER OF LAW JUDGE'S
BEYOND A REASONABLE DOUBT
BROKE FEDERAL GOVT LAW
BY NOT INSTRUCTING ALL DEF'S
TO RAISE RIGHT HAND
TO TAKE THE TRADITIONAL
ADMINISTERED - ADMISSIBLE,
SWORN OATH JUDGES ILLEGALLY
PLACED ALL DEF'S ON THE
WITNESS STAND IN OPEN
COURT OF LAW DURING
BUSINESS HOURS TESTIFYING
WITH UNSUBSTANTIATED ASSERTS.

MJ TAKING LAW FIRM'(S) UNSWORN
OATHS AS TRUE," "WHO HAS NOT BEEN [SWORN]",
MJ DID NOT PRESERVE OR
PROTECT PL'S PRIVACYS OR
CONSTITUTIONAL DUE PROCESS
RIGHTS TO BE HEARD WITH
NO FAIR IMPARTIAL OR EQUAL
TREATMENTS, WITH LAW FIRM'(S) WHITE
COLLAR CRIME'(S) USING JUDICIAL COMPUTER'(S).

THE ENTIRE UNITED STATES
FEDERAL GOVERNMENT JUDICIAL
SYSTEM MUNICIPAL ADMINISTRATIONS
OF JUSTICE HAS A HISTORY
OF IMPARTIALITYS AGAINST
THESE PARTIAL JUDGE'S NAMED
IN THE CAPTION OF THIS
COMPLAINT WHOSE FEDERAL
FRAUD ENTRYS WITH ALL OUT'S
USED LEAKS, ACCEPTING BRIBES,
GIFT'S & PRESENTS FROM PL'S
ENEMYS.

THIS CITIZENS ARREST WARRANT
SHOULD ACTIVATE THE HISTORY
OF THIS
FEDERAL AND STATE COURT
CIVIL AND CRIMINAL LEVEL'S
WITH ALL SOLUME OBLIGATIONS
NOT TO IDOL OR SQUANDER
NAMES- MONEY- IMAGE'S - TITLES-
POSITIONS AS PERSONAL POWER
ESP "FOR CAUSE" ALL IMPARTIAL
JUDGES WHO DIED PROTECTING
IMPARTIALITYS.

: " I QUOTE, " LET IT NEVER
  BE SAID THAT THE DEDICATION
  OF THOSE WHO LOVE FREEDOM
  IS LESS THAN THE
  DETERMINATION WHO WOULD
  DISTROY IT ", UNQUOTE.

(MJ) FEDERAL FRAUD ENTRYS
1.        DID NOT WANT TO PRESERVE
THE INTEGRITY OF THE INVESTIGATION
2. ABUSING ALL POWERS OF AUTHORITY
3. UNDERMINDED THE ENTIRE JUDICIAL SYSTEM
INTEGRITY OF OPERATIONS, SIGNATURES, AND-
4 FAILED ALL JUDICIAL SECURITY PROTOCALS
OF JUSTICE & PL'S CONSTITUTIONAL
RIGHTS TO BE HEARD; USING LEAKS.
5. PL'S SINCE DAY ONE THUR 6-14-2012
4:30 PM- HAS BEEN REQUESTING ANSWERS
REGARDING ALL DEF'S & MCAFEE & TAFT RILO
LAW FIRM FEDERAL FRAUD ENTRYS SIGNATURES
[MADE] ON FRI- 6-15-2012 8:30 AM USING
LEAKS TO THE SOURCE USING SEALED AND
UNSTABLE INSTABILITY FEDERAL SIGNATURE
FRAUDULENT FORCE COMMITTED WITH
NO CONSERVATIVE JUDGES IN THE
MINORITY, MJ BLOCK PL'S BY DISTROYING
FUNDAMENTAL QUESTION ON FRI 6-15-2012 8:30 AM
: " WAS ALL DEF'S ENTRYS [SERVED] WITH
4TH - 5TH - 9TH - 14TH AMENDMENT PRIVATE
DUE PROCESS ? " [ Y | N ] ?


IF NO, CLEARLY PROVES ALL DEF'S WITH-
MCAFEE & TAFT & (MJ) & ONE CLERK
DID NOT FOLLOW NO FEDERAL OR STATE
CONSTI'NL RULE BOOK LAW OR CITED AUTHORITY,
& STOLE PL'S MARKS OFF FORMER CHIEF
JUDGE JUDICIAL COMPUTER & PROPERTYS (NEED
BE RETURNED) "BACK TO FOUNDATION" WITH-
ALL RESTRICTED INFORMATION :"DEMANDED".

MI FAILED TO PRODUCE
ALL IMPARTIAL OBLIGATIONS
OF SWORN OATHS AND
DUE PROCESS IN THE
ABSENCE OF A SUMMONS WHO
KNEW ALL DEF'S WAS NOT
[ SERVED ] NO DUE PROCESS AND
MI FEDERAL FRAUD ENTRYS
RAN AWAY DIRECTLY FROM
CONTRARY SWORN OATH DUTYS
TO PROTECT IMPARTIAL
DUE PROCESS AT ALL COST &
MI ALLOWED LAW FIRM(S) SIGNATURE
FEDERAL FRAUD ENTRYS
TO RUIN JUDICIAL REPUTATIONS
IN WESTERN DISTRICT COURT
AND ( U.S. C. A. 10TH CIR )
IN OPEN COURT OF LAW
AS FRIENDS WHO KNOW ONE
ANOTHER OVERNIGHT AT
FIRST LIGHT, USING JUDICIAL COMPUTERS &
VIOLATED ALL IMPARTIAL DUTYS
OF FEDERAL GOVERNMENT
OFFICE, WITH -
        MCAFEE AND TAFT ILLEGAL RICO
        LAW FIRM(S) DNA GENETIC
        FINGER PRINT SIGNATURE(S)
        ABOVE THE LAW AND-
        EVERY JUDGE IN THIS NATION
        BOTH IMPARTIAL AND PARTIAL
        SIGNATURE (S)
        RANK BELOW THE LAW.

MI FEDERAL FRAUD ENTRYS
DID NOT FAITHFULLY EXECUTE
NO TRADITIONAL SWORN OATH,
OR UPHOLD NO DUTYS TO
CONSTITUTIONAL SWORN OATHS,
AND WILLFULLY FOCUSED ON
FAILING TO PROTECT SWORN
OATHS SPOKEN ABOUT AND
EXPLAINED IN WRITING SEEN
WITH MI SIGNATURES RANKED
BELOW THE LAW UNDER ALL DEFS
ESP MCAFEE AND TAFT ILLEGAL RICO
PROFESSIONAL LAW FIRM CORPORATION
SIGNATURE(S) UNSEALING CASE #
CIV-12-678 R NOT THE POWER OF
ALL FEDERAL JUDGES SIGNATURES
IN THIS NATIONS CAPITAL'S,
WHOSE SIGNATURES. DID NOT GRANT
PL'S INFORMA PAUPRIS CASE # CIV-12-678 R
TO PROCEED OVERNIGHT AT 1ST LIGHT.

END SWORN OATH
PT ONE.   5 PAGES

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86ᵗʰ ST ⁺ 101
OKLAHOMA, OK
73114

CELL⁺  (405) 436-9437

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF OKLAHOMA


CHARLES A. SYRUS JR:
PLAINTIFF    PL'S


V.                          CASE NO.:

1). MCAFEE AND TAFT
    PROFESSIONAL LAW FIRM
    CORPORATION WITH RICO
    WORLD WIDE GLOBAL ATTORNEYS

2). (NBA) NATIONAL BASKETBALL
         ASSOCIATION

3). (NBA)(PBC)LLC
         PROFESSIONAL BASKETBALL CLUB
         GLOBAL GROUPS OF PARTNERSHIPS


4).(NBA) TEAM PLAYERS UNION
         GLOBAL GROUPS OF PARTNERS

      DEFENDANTS    DEF'S



.———————————————————————

OATH


                            PG 1-9

## OATH —

ANY JURY CAN SEE REASONABLE
DOUBT THAT ALL DEF'S "WAS NOT
CONSTITUTIONALLY [ SERVED ]" FRO - 6-15-2012
NO DUE PROCESS OVERNIGHT AT
1 ST LIGHT, AND WITH NO SWORN OATH,

ANY JURY will REASONABLY SEE
"MULTIPLE JUDGES" (MJ) "KNEW"
ALL DEF'S "WAS NOT [ SERVED ]"
NO DUE PROCESS, AND MJ SHOULD
BE TERMINATED & FIRED FOR
BREAKING FEDERAL GOV'T LAW &
VIOLATING ALL CONFIDENTIAL DUE PROCESS
RIGHTS OF PL'S BY LAW FOR
USING LEAKS WITH ALL DEF'S SIGNATURE
ONE SIDE ORAL ARGUMENTS & MJ
SHOULD PAY A PRICE FOR ALL SIGNATURE
FELONIOUS FEDERAL HATE CRIMES WEARING
CAPTION BIAS & PREJUDICE OFFICIAL
OPPRESSION COLORS; TO INJURE PL'S PRIVACYS.

MJ UNREFUTABLE CLEAR FACTS ON
THEIR FACE IS A EVERYDAY THREAT
TO PL'S LIVES CAUSING REVILE
PROVOCATIONS - I.I.E.D - MENTAL HEALTH
EMOTIONAL PAINS & SUFFERINGS BY
MJ HIDING & CONCEALING EVIDENCE & NO MATTER
How SINCERE ON DEF'S BEHALF MJ FAILED ALL SWORN
SWORN OATH IMPARTIAL SIGNATURE' (S).

MI ACTIONS ARE RESPONSIBLE
FOR PL'S ACKNOWLEDGED
CHARACTER CRISES CALLING 911
EMERGENCY WITH COURAGE AT TIMES
TO CONTINUE "FOR CAUSE", DNA OF
MI DID NOT HONOR NO SIGNATURE
SWORN OATHS WITH SUPREME
VIOLATIONS OF SWORN OATH
DUTYS OF OFFICE SIGNATURES.

MI ARY 2 COGNIZABLE GROSS NEGLIGENT
JUDICIAL MISCONDUCTS (JCD) BELOW THE LAW
IS A UNWANTED STAIN THROUGHOUT
ALL WESTERN DISTRICT JURISDICTIONS
HISTORICAL HISTORY AND A
DISHONOR TO ALL IMPARTIAL
JUDICIAL FRIENDS - ASSOCIATES JUDGES
- TRIAL JUDGES OR ANY GOD SENT
BENCH JUDGE WHO HAS
DIED AS IMPARTIAL JUDGES
WHO UPHELD IMPARTIAL LAWS,
& RETIRED HOLDING IMPARTIAL
JUDICIAL GAVELS WITH LAWS
IN HAND WITH GOD SIGNATURE OATH.

MI ABOVE ARE EMBARASSMENTS
TO UNITED STATES FEDERAL AND
STATE GOVERNMENT DEPUTY
COURT CLERKS & EVERY IMPARTIAL
CLERK IN ALL EXECUTIVE BRANCH
IN OUR NATIONS GOVERNMENTS
WITH FRAUD & JUDICIAL SIGNATURES.

MJ ARE HISTORICAL FAILURES
& A DISSERVICE TO THE
ENTIRE JUDICIAL SYSTEM AND
911 EMERGENCY REDRESS SAFETYS
AND PROTECTIONS IMPARTIAL
DEMOCRACY SIGNATURE LAW'S.

MJ CONFLICTS OF INTEREST
CORRUPTIONS KNEW MCAFEE &
TAFT LAW FIRM IN 2017 BECAME
JUDICIAL CLERK OF FORMER
CHIEF JUDGE ORIGINAL
CASE # CIV-12-678 R AND
MJ DID NOT PRESERVE NO
FULL FINDINGS OF JUSTICE SIGNATURE
USING FEDERAL FRAUD LEAKS.

MJ INTENTIONALLY CHANGED SIGNATURE
RULES & POLICYS RECOGNIZED
USING LEAKS & DID NOT GUARD NO
DUE PROCESS OR SWORN OATHS
PROCEDURES BY LAW OR UNDER
THE LAW SEEN RANK BELOW THE LAW.

MJ FEDERAL FRAUD ENTRYS SIGNATURES
& ALL DEF'S NEED TO BE HELD
ACCOUNTABLE BY ALL PUBLIC COMMUNITY
LAWS WITHOUT FEAR OF QUESTION,
TO PROVE THAT SWORN OATH SIGNATURES
WEIGHED DOWN ON SO HELP YOU GOD
IMPARTIAL SIDE "DO MATTER MORE"
THAN PARTIAL INJUSTICE ill-will

OR ANY ILL-GOTTEN WHITE
COLLAR GAINS ABUSING SIGNATURE
POWERS OF AUTHORITY'S FOR
FRIENDS PIERCING THE CORPORATE
VEIL, TIPING-BENDING JUDICIAL
SCALES OF JUSTICE AND THAT
SWORN OATHS MATTERS; "AND
CHARACTERS WITH TRUTHS MATTERS"
AND IF THESE PRINCIPLES ARE
NOT MET DANGER IS MET
WITH NO DUE PROCESS [ ESP ] WITH-
M J FRAUDS EXPERIMENTING
WITH JUSTICE, AND PRO SE LITIGANTS.

M J USED LEAKS ABUSIVE POWERS
FOR ALL FINAL CONCLUSIVE CONCLUSIONS
TO STOP-BLOCK-DELAY DUE PROCESS;
"THAT'S JUDGES MESSAGE FOR JUSTICE",
THAT BREAKING FED GOVT LAW IS
JUDGES DUTYS OF LAW
FAITHFULLY APPLIED & WILL NOT
EVER BE FAITHFULLY EXECUTED
IMPARTIALY OR CONFIDENTIALLY FOR
NO PRO SE LITIGANT AGAINST RICO DEFS.

PL'S CITIZENS ARREST WARRANT
WILL INFORM BOTH FEDERAL AND
STATE COURTS OF LAW THAT
PRO SE LITIGANTS DONT KNOW
NO BETTER BUT USING THE
TRUTH SO HELP YOU GOD PROVING
M J (JCD) FORCED PL'S TO

GO FORWARD CALLING 911 EMERG
WITH NEW PATTERNS OF
INFORMATION EVERYDAY
WEIGHED DOWN PERSUING JUSTICE,
FINDING - SEEKING - ACCOUNTABILITYS
AGAINST RICO FEDERAL FRAUD ENTRYS.

PL'S FACTS ARE CLEAR & AMBIGUOUS
¿HAS PL'S SO SCARED AND AT TIMES
LOST OF COURAGE WITH NO
INSPIRATION OF DUE PROCESS
LAWS, WITH NO FAIR OR EQUAL
TREATMENTS, MY USED LEAKS
WITH DISADVANTAGE FRAUD SIGNATURE.
DETAILS SUPPORTING
FALSE IMPRESSIONS TO CHANGE
ALL OUT COME OF PL'S DNA GENETIC
FINGER PRINTS OF LAW FIRM(S) FEDERAL
FRAUD ENTRYS [ MADE ] CHOICES
USING LEAKS & MY CANT BE
TRUSTED WITH NO AUTHORITY
OF FEDERAL GOVT LAW POSITIONS
AS A JUDGE IN ANY JURISDICTION
& MY SHOULD BE DISBARED FROM
PRACTICING LAW, TERMINATED WITH
NO RETIREMENT ALLOWING LAW FIRM(S)
TO RUIN MY REPUTATIONS & LAW FIRMS
SHOULD BE IN PRISON FOR SIGNATURE
GRAVE THREATS [ MADE ] ON OUR
NATIONS JUDICIAL COMPUTERS,
¿IS WHY PL'S INVOKES A
CITIZENS ARREST WARRANT FOR RICO.

PL'S CITIZENS ARREST WARRANT
PRAY BOTH FEDERAL AND STATE
COURTS OF LAW UNDERSTAND
THE GRAVITY OF PL'S FEARS
AGAINST MY ALLOWING FRAUD WITH-
LAW FIRM(S) TO RUIN MULTIPLE JUDGES
REPUTATIONS TO INJURE
PL'S-, 911 EMERGENCY, & JUSTICE,
WITH MY DESTROYING THE
EQUAL RIGHTS DUE PROCESS
CONSTITUTIONAL LIBERTYS OF
OUR NATION FAILING TO
STEP UP ON SO HELP YOU GOD
JUDICIAL SCALES OF JUSTICE, WITH
MY TESTIFYING ON BEHALF
OF LAW FIRM(S) FEDERAL FRAUD ENTRY
SELF INCRIMINATIONS SIGNATURE(S).

MY BREACHED ALL JUDICIAL SIGNATURE
ETHICAL CODE OF CONDUCT
HANDBOOK POLICYS OF THE
BAR ASSOCIATION SWORN OATH
IMPARTIALITYS WITH GROSS
NEGLIGENT GERMANE MISCONDUCTS
"ALLOWING FRAUD - BREAKING &
ENTERING - TRESPASSING SIGNATURES IN
WEST DIST OKLA", WITH-ILLEGAL
RICO CONSPIRATORS ON JUDICIAL COMPUTER(S).

MY KNEW ALL DEF'S FEDERAL FRAUD
ENTRYS "WAS NOT CONSTITUTIONALLY
[ SERVED ]" NO DUE PROCESS, 10-YEARS.

MULTIPLE JUDGES ( HEREINAFTER )
MJ PIERCING THE CORPORATE
VEIL WITH LAW FIRM'(S) FEDERAL
FRAUD & WHITE COLLAR CRIME ENTRYS, KNEW
MCAFEE AND TAFT LAW FIRM
A PROFESSIONAL CORPORATION BECAME
LAW CLERK OF FORMER CHIEF
JUDGE ORIGINAL CASE # CIV-12-
678 R WEARING CAPTION BIAS
& PREJUDICE OFFICIAL OPPRESSION
COLORS OF MJ AS FRIENDS WHO
KNOW ONE ANOTHER IN WEST
DIST OF OKLA WITH CORRUPT SIGNATURE'(S).

MJ UPON LAW FIRMS FEDERAL FRAUD
ENTRY'S OVERNIGHT AT 1ST LIGHT
KNEW LAW FIRMS "WAS NOT LEGALLY
-LAWFULLY OR CONSTITUTIONALLY
I SERVED I" NO DUE PROCESS & RICO WITH
MJ KNOWINGLY- WILLFULLY- WITH
FEDERAL HATE CRIME CRIMINAL FRAUD
INTENTS BECAME RICO LAW FIRM'(S)
ARBITRATORS TAKING UNSWORN
ASSERTS AS A DEPOSITION TO
OVERTHROW- OVERTURN- REMOVE FACTS OF
PL'S PRO SE LITIGANT STATUSE
CONSTITUTIONAL RIGHTS TO BE
HEARD IN OPEN COURT OF LAW.

MJ DID NOT INSTRUCT RICO LAW FIRM'(S)
TO RAISE RIGHT HAND TO TAKE NO
TRADITIONAL SWORN OATH

BEFORE TESTIFYING ON WITNESS
STAND IN OPEN COURT OF LAW
DURING BUSINESS HOURS ON A
FEDERAL LEVEL AS A MATTER
OF LAW.

MY FEDERAL FRAUD ENTRYS WITH
ALL DEF'S FRAUDULENT DECEPTIONS,
SCHEMES & TRICKERYS ENCOURAGED
INFLUENCED McAFEE & TAFT
LAW FIRM TO TESTIFY WITH
UNSWORN OATHS  UNTRUTHFULLY
WITH WILLFUL FEDERAL FRAUD
PERJURYS USING JUDICIAL LEAKS,
"WHICH PRESENTS PL'S CITIZENS
ARREST WARRANT AGAINST
ALL DEF'S AND MY WITH
VERY SERIOUS CONCERNS
PRESENTED WITH PL'S MENTAL
HEALTH BEHAVIOR ISSUES", CAREFULLY
CONSIDERING PL'S CITIZENS
ARREST WARRANT TO ADDRESS
ALL DEF'S WITH MY FEDERAL
FRAUD ENTRYS IN WEST DIST
OKLA USING JUSTICE JUDICIAL COMPUTER'(S).

PL'S NEXT STEP IS TO BRING
LAW FIRM'(S) WITH MY SIGNATURES TO STAND
BEFORE JUSTICE WITH 911 EMERG
REDRESS SAFETYS AND PROTECTIONS
SO MY & DEF'S CAN SHOW JUSTICE
HOW LAW FIRM'(S) ENTRYS WAS [MADE].

END SWORN OATH
PT # 2   10 PAGES

CHARLES A. SYRUS JR:
CHARLES A. SYRUS JR:
1025 N.W. 86TH ST # 101
OKLAHOMA, OK
73114

CELL #        (405) 436-9437

(C)   PL'S PETITION FOR CLAIM'(S)
         AS A FRIEND OF THE COURT
         FOR THE INTEREST OF
         JUSTICE,

      WITH ALL VIOLATIONS SET FORTH
      IN WESTERN DISTRICT OKLAHOMA,

      PL'S DEMAND A COURT DATE AND
         TIME TO APPEAR FOR 2 MIN
      WITH ORAL ARGUMENTS 3 PANEL JUDGE
      IN THE OPEN COURT OF LAW
      WITH THE COURTS OF JUSTICE
         DOORS SEALED SHUT,

      PL'S DEMAND ONE MINUTE FOR PL'S,
         AND ONE MINUTE FOR PL'S WIFE
         WHOSE SOUL SCREAMS AND
         CRYS OUT LOUD FOR JUSTICE.

      PL'S WIFE DIED IN PL'S ARMS
      AT HOME MAY 30, 2014 PM
      WHILE MCAFEE AND TAFT ILLEGAL
      RICO PROFESSIONAL LAW FIRM'(S)
      CORPORATION'(S) CONFLICTS OF
      INTEREST WAS BEATING JUSTICE
      AND JUSTICE JUDICIAL COMPUTER
      DOWN, ILLEGAL RICO FINGER PRINTS ARE SEEN
      SLAPING JUSTICE CIVIL LIBERTYS OFF THE
      BENCH & JUSTICE JUDICIAL COMPUTER'(S) OATH
      AND OFF JUSTICE JUDICIAL SCALES.

PL'S WILL DROP THIS CLAIM AND-
CASE AND ALL FUTURE FILINGS
IF MCAFEE AND TAFT ENTRY'S
SHOW THIS OPEN COURT HOW A
PROFESSIONAL LAW FIRM CORP,
[ MADE ] ENTRYS WITH ILLEGAL RICO
:" WHO HAS NOT BEEN [ SERVED ]"
FRI° 6-15- 2012 8:30 AM
OVERNIGHT AT 1 ST LIGHT
ON JUSTICE JUDICIAL COMPUTER'CS)
AND - RECEIVED -
SITTING ON ILLEGAL RICO BENCH,
ALL JUDGMENTS, ORDERS -
RULINGS - CLAIMS- FAVORS-
VERDICTS - MERITS- AND-
ALL ACCOUNTABILITY BOARD OF
PROTECTIONS WITH THE FRAUDULENT
PARTIAL SIDE OF INJUSTICE.

:"OPEN THE DOORS AND SHOW
THE COURT HOW TO MAKE
ENTRYS ON
JUSTICE JUDICIAL COMPUTER &
THE SCALES OF JUSTICE
WITHOUT BEING LEGALLY-
LAWFULLY - OR
CONSTITUTIONALLY [ SERVED ]". WITH-
THE COURTS OF JUSTICE DOOR SEAL SHUT,
PL'S DEMAND 2 MINUTES
"FOR CAUSE" OF 10 ½ YEARS
OF GRAVE INJUSTICE,

IF MCAFEE AND TAFT CAN NOT,
SHOW THIS COURT HOW TO MAKE ENTRYS,
PL'S PETITION FOR CLAIM MAY
        BE GRANTED " FOR CAUSE "
MCAFEE AND TAFT
PROFESSIONAL LAW FIRM
CORPORATION [ MADE ]
DEFACTO SHADOW DOCKET DNA GENETIC
FEDERAL FRAUD FINGER PRINT
SELF INCRIMINATION ENTRIES
WITH WHITE COLLAR CRIME' (s)
CIVIL AND CRIMINAL INTENTS
BROKE FEDERAL AND STATE
GOVERNMENT CONSTITUTIONAL
LAW'S ON A FEDERAL AND
STATE LEVEL COMMITTED
[ MORE ] THAN 534 COUNTS
OF UNITED STATES CONSTITUTION
    CITED AUTHORITY'S RULE BOOK LAWS
COMMITTING HIGH FELONY
CRIME' (s) AND FELONIOUS
CRIMINAL MISCHIEF
    MISDEMEANORS KNOWINGLY-
WILLFULLY - INTENTIONALLY-
UNREFUTABLY- UNDISPUTABLY
WITH IRON CLAD
HARD CORE CONCRETE
DNA GENETIC FINGER PRINTS
EVIDENCE UNANIMOUSLY STUCK
ON JUSTICE JUDICIAL COMPUTER'(s)
AND FEDERAL DOCKET WITH RICO
SIGNATURE' (s) ABOVE THE LAW.

JUSTICE ORIGINAL FEDERAL DOCKET
CASE # CIV-12-678R/D  LINE NO. #3-#4
FRI 6-15-2012  8:30 AM  AND-
FEDERAL DOCUMENT
PAGE # ONE AND PAGE # TWO
SHOWS MCAFEE AND TAFT ENTRYS
"WHO HAS NOT BEEN [SERVED]"
WITH DNA GENETIC FINGER PRINTS AND-
SIGNATURE'(S)
ABOVE THE LAW
IN WESTERN DISTRICT OKLAHOMA.

PL'S NEED 2 MINUTES
    LONG ENOUGH TO WEIGH DOWN
    ALL FEDERAL AND STATE GOV'T
    CIVIL LIBERTYS,
    ON A FEDERAL AND STATE
    CIVIL AND CRIMINAL LEVEL
    WITH ALL IMPARTIALITYS,
    PRIVACYS, CONFIDENTIALITYS,
    CONSTITUTIONAL DUE PROCESS
    WITH JUSTICE JUDICIAL COMPUTER(S)
    JUSTICE BLIND FOLD OF
    IMPARTIALITYS, RULE BOOK LAWS,
    JUSTICE JUDICIAL SCALES OF
    JUSTICE, GOD SWORN OATH WITH
    JUSTICE JUDICIAL SWORD OF
    JUSTICE,

        WEIGHED DOWN WITH-

ALL HISTORICAL FEDERAL AND STATE
RULE BOOK LAWS
IN THE LIBRARY OF CONGRESS,

PL'S WILL WEIGH DOWN IN 2 MIN
: "ALL UNITED STATES
FEDERAL AND STATE
GOVERNMENT CONSTITUTIONAL
CITED AUTHORITY'S
ARTICLES — AMENDMENTS —
( F. R. CIV-P. ) — LCUR PROCEDURE'(S)
UNITED STATES CODES ( U.S.C. ),
PL'S WILL WEIGH DOWN IN 2 MIN
ALL FEDERAL AND STATE
GOVERNMENT STATUES, AND —
SECURITY'S ON A CIVIL & CRIMINAL
LEVEL,"
TO PROVE MCAFEE AND TAFT
ILLEGAL RICO LAW FIRM'(S) WILL
SELF INCRIMINATE THEMSELVES WITH
WESTERN DISTRICT OKLAHOMA
PRESIDING CHIEF JUDGE CLEARLY
SEEN AND VIEWED BELOW THE LAW
ON LINE NO. #5 RUINING JUDICIAL
REPUTATIONS ON BEHALF OF ALL DEF'S
WITH "FAVOR'S" ON SAT 6-23-2012
: "WHO HAS NOT BEEN [ SERVED ]"
FRI 6-15-2012 8:30 AM OVERNIGHT AT
1 ST LIGHT EVIDENCE TAMPERING
UNAUTHORIZE USE OF JUSTICE AND
JUSTICE JUDICIAL COMPUTER'S.

NOW OPEN THE COURTS OF
JUSTICE DOORS AND ORDER
MCAFEE AND TAFT LAW FIRM
ENTRYS INTO THIS COURT TO
SHOW THIS COURT IN WEST DIST OKLA
HOW A PROFESSIONAL LAW FIRM ILLEGAL RICO
CORPORATION [ MADE ] ENTRYS ABOVE THE LAW
ON JUSTICE JUDICIAL SCALES OF JUSTICE
AND HOW MCAFEE AND TAFT [ MADE ]
ENTRIES ON JUSTICE JUDICIAL COMPUTER'(S)
IN THE UNITED STATES FEDERAL
GOVERNMENT DEPUTY COURT CLERK OFFICE,
AND —
ON JUSTICE JUDICIAL COMPUTER' (S)
IN MULTIPLE JUSTICE'(S) AND JUDGE'(S)
JUDICIAL OFFICE CHAMBER'(S)
OVERNIGHT AT 1ST LIGHT
FRI° 6-15-2012 ALLGEDLY
AT 8:30 $^{AM}$ WITH JUSTICE UNITED STATES
FEDERAL GOVT ORIGINAL PRIVATE SECRETE
CONFIDENTIAL FILE CASE $^{#}$ CIV-12-678 R
INFORMA PAUPRIS CIVIL COVER SHEET
WITH SIX OKLAHOMA STATE
Ⓡ TRADEMARKS, ONE Ⓒ COPYRIGHT
AND DAMAGES DEMANDED $ ONE GOOGLE $^{00}/_{100}$
IN HAND,
IN THE ABSENCE OF A SUMMONS,
WITH NO SWORN OATHS,
WITH NO SCHEDULED COURT ROOM,
    NO SCHEDULED COURT DATE,
TIME - MONTH - YEAR OR SUBJECT,
WITH NO JUSTICE, OR JUDGE

OR DEPUTY COURT CLERK SIGNATURE'(S)
SIGNED, TENDERED, OR ENDORSED
ON NO LEGAL DOCUMENTS
FEDERAL WARRANT, SUMMONS,
        SUBPOENA, WRIT,
        ORDERING — DEMANDING —
        AUTHORIZING — OR
        INSTRUCTING
MCAFEE AND TAFT LAW FIRM
PROFESSIONAL CORPORATION
A. ENTRYS
B. APPEARANCES
C. FILING OBJECTIONS IN THIS OPEN COURT
   ESPECIALLY WHEN —
THE WEST DIST OKLA,
     FEDERAL COURT OF LAW
WAS NOT CALLED TO RISE,
        CALLED TO ORDER, OR
        CALLED IN SESSION, AND —
THE PRESIDING JUSTICE WAS NOT
INTRODUCED,
911 EMERGENCY DID NOT UNSEAL JUSTICE CASE.
:"MCAFEE AND TAFT ILLEGAL RICO
LAW FIRM ORGANIZE CRIME
PROFESSIONAL CORPORATION
ORGANIZATIONS DNA GENETIC FINGER
PRINTS AND SIGNATURE'(LS) ABOVE THE LAW ON
LINE NO. #3-#4 EVIDENCE TAMPERING DID," WITH —
UNAUTHORIZE USE OF JUSTICE JUDICIAL
COMPUTER'(S) WITH WEST DIST OKLA
CHIEF JUDGE BELOW THE LAW LINE NO. #5
AGGRESSOR'S CAUSED PL'S TO CALL 911 EMERG.

(C) PL'S PETITION FOR CLAIM'(S)
     SHOW MCAFEE AND TAFT
     VIOLATION' (S)


WITH A SLAP IN THE FACE TO
A. THE POWER OF
    GOD SO HELP YOU GOD AND
    JUSTICE
     TRADITIONAL ADMINISTERED
     ADMISSIBLE SWORN OATH
     PERSONAL INTEGRITY
     SIGNATURE' (S)
     WEIGHED DOWN ON IMPARTIAL
     SIDE SCALES OF JUSTICE WITH-
     JUSTICE CIVIL LIBERTY'S AND
     ALL HANDS DOWN AS ACCEPTABLE
     VALID AND TRUE FACTUAL
     EVIDENCE,
     ESPECIALLY
     IN THE UNITED STATES DISTRICT
     COURT FOR THE WESTERN
     DISTRICT OF OKLAHOMA
      FEDERAL COURT OF LAW,
     PROTECTING INTELLECTUAL PROPERTY
     (I.P.) OKLAHOMA STATE
      ® TRADEMARKS, ONE © COPYRIGHT
     & PL'S INFORMA PAUPRIS
       CIVIL COVER SHEET & JUSTICE
       ORIGINAL CASE# CIV-12-678R,
       FILE THUR 6-14-2012  4:30 PM.

WITH A SLAP IN THE FACE TO JUSTICE
WITH VIOLATION'(S)
[ MADE ] AGAINST
THE POWER OF THE ENTIRE
UNITED STATES FEDERAL AND
STATE GOVERNMENTS
JUDICIAL SYSTEM'(S)
MUNICIPAL ADMINISTRATION'(S)
OF JUSTICE, AND—

WITH A SLAP IN THE FACE TO
THE POWER OF THE ENTIRE UNITED STATES
B. 911 EMERGENCY
   FEDERAL AND STATE
   GOVERNMENT LAW ENFORCEMENTS
C. JUSTICE,
D. JUSTICE JUDICIAL COMPUTER'(S),
E. JUSTICE'S AND JUDGE'S,
   JUDICIAL CHAMBER'(S),
F. JUSTICE JUDICIAL SCALES OF
   JUSTICE, AND—
G. THE POWER OF THE ENTIRE
   UNITED STATES
   FEDERAL GOVERNMENT
   DEPUTY COURT CLERK OFFICE
   AND ALL JUDICIAL EMPLOYEES
   IMPARTIAL PERSONAL INTEGRITY
   SIGNATURE'(S) SWORN OATH'S
   WEIGHED DOWN WITH CIVIL
   LIBERTYS IMPARTIALITYS.

WITH ALL SLAPS IN THE FACE
MCAFEE AND TAFT VIOLATION'S
COMMITTED OFFENSE'(S)
WITH INTENTIONAL FEDERAL
FRAUD AND WHITE COLLAR
CRIME'(S) WITH-
THREATS OF FORCE
VIOLATIONS WITHHOLDING
JUSTICE JUDICIAL COMPUTER'(S)
DNA GENETIC FOOT PRINT'S EVIDENCE
TAMPERING AND - U.S. FED CODE (2315)
DNA GENETIC FINGER PRINT
EVIDENCE HARD CORE CONCRETE
IRON CLAD FACTS VITAL
INFORMATION FROM THE COURT
OF LAW CREATING MULTIPLE
GRAVE EXTREME OUTRAGEOUS
SEVERE AND VERY SERIOUS
OFFENSE'(S) INCREASING
PL'S RISK WITH GRAVE
MENTAL HEALTH BEHAVIOR
I.I.E.D. PROVOCATIVE
PAINS AND SUFFERING CRISES
WITH INTENTIONAL VIOLATIONS
CREATED TO HURT - HARM -
INJURE PL'S
" FOR CAUSE "
TO SOLVE ILLEGAL RICO PROBLEM
ALONE, WHOSE CLEARLY SEEN AND
VIEWED EVIDENCE TAMPERING USING
UNAUTHORIZE USE OF JUSTICE AND
JUDICIAL COMPUTER'(S) DATA SYSTEM.

IN VIOLATIONS SET FORTH
MCAFEE AND TAFT
USED JUSTICE JUDICIAL COMPUTER'(S)
WITH DNA GENETIC FINGER
PRINT'S ON SCENE WITH RICO SIGNATURE'(S)
ABOVE THE LAW
TO GAIN ACCESS ON CRIME
SCENE WITH NO LEGAL
IDENTIFICATIONS.


                    END: SLAP IN THE FACE



        CHARLES A. Syrus JR.
        CHARLES A. SYRUS JR.
        1025 N.W. 86 ST. 101
        OKLAHOMA, OK
                73114
        CELL # (405) 436-8437